# Court of Appeals, State of Michigan

## ORDER

Angelena Joy McConchie v Joshua David Voight

Docket No. 326651

LC No. 10-044132-DZ

David H. Sawyer
Presiding Judge

Michael J. Kelly

Douglas B. Shapiro
Judges

---

On its own motion, the Court concludes that the portion of its September 15, 2015 opinion describing the lower court order was in error, as contrary to the opinion's description, the March 4, 2014 order was an interim order reflecting the report and recommendation of the referee and was personally signed by the trial judge. However, because a party to this custody case has since died, rather than reissuing a corrected opinion, the Court vacates its September 15, 2015 opinion in its entirety. All pending motions are denied as moot and the appeal is dismissed as moot.

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

OCT 2 1 2015

Date

Chief Clerk